UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

113 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.
CLERK

(251) 690-2371

FILED 2008 AUG 22 AM 9:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

08CR7042-IEG

August 19, 2008

Mr. Sam Hamrick, Clerk
United States District Court
Edward J. Schwartz Federal Building, Suite 4290
800 Front Street
San Diego, California 92101

IN RE:   TRANSFER OF JURISDICTION - ELISEO GOMEZ-MADRIGAL
         SOUTHERN DISTRICT OF ALABAMA CR. NO. 05-00033

Dear Mr. Hamrick:

   Pursuant to the transfer of jurisdiction of the above named probationer, please find certified copies of the following documents enclosed:

   (X) Indictment
   (X) Judgment and Commitment order
   (X) Docket sheet
   (X) Order transferring jurisdiction

   Please acknowledge receipt by returning the enclosed copy of this letter.

                              Very truly yours,

                              CHARLES R. DIARD, JR., CLERK

                              By _Claire Roberts_
                                 Deputy Clerk

/cwr

Enclosures

copy to:  U.S. Attorney
          U.S. Probation

PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court):** 05-00033-001

**DOCKET NUMBER (Rec. Court):** 08CR7042

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Eliseo Gomez-Madrigal

**DISTRICT:** Southern District of Alabama

**DIVISION:** Mobile

**NAME OF SENTENCING JUDGE:** William H. Steele

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 1/04/2008 TO 1/03/2011

**OFFENSE:** Illegal re-entry into United States after deportation

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California (San Diego) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 6/11/08

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA (San Diego)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 8/5/08

_United States District Judge_ — Irma E. Gonzalez

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts, Deputy Clerk
Date 8-19-08

FILED AUG 19 2008 9:47 U.S. DISTRICT

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **ELISEO GOMEZ-MADRIGAL** | CASE NUMBER: **1:05-CR-00033-WS**<br>USM NUMBER: **08911-003** |
| | William E. Scully, Jr. |
| | **Defendant's Attorney** |

**THE DEFENDANT:**

(X) pleaded guilty to count(s) **One of the Indictment**.
( ) pleaded nolo contendere to count(s) _ which was accepted by the court.
( ) was found guilty on count(s) _ after a plea of not guilty.

The defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 8:1326(a) & (b) | Illegal re-entry into United States after deportation | 1/14/2005 | 1 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ) The defendant has been found not guilty on count(s) __.

( ) Count(s) _ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Claire Roberts_
Deputy Clerk
Date _8-19-08_

July 22, 2005
Date of Imposition of Judgment

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

July 27, 2005
Date

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **ELISEO GOMEZ-MADRIGAL**
Case Number: **1:05-CR-00033-WS**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of **41 MONTHS**.

( )   Special Conditions:

(X)   The court makes the following recommendations to the Bureau of Prisons: **that the defendant be incarcerated as near to his family as possible.**

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
    ( )   at ___ a.m./p.m. on ___.
    ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )   before 2 p.m. on ___.
    ( )   as notified by the United States Marshal.
    ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____
with a certified copy of this judgment.

                                                                                            **UNITED STATES MARSHAL**

                                                                       By_____
                                                                          Deputy U.S. Marshal

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **ELISEO GOMEZ-MADRIGAL**
Case Number: **1:05-CR-00033-WS**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  **THREE (3) YEARS**  .

(X)   Special Conditions:  **immediately after incarceration, the defendant is to be delivered to a duly-authorized Immigration official for possible deportation. If deported, the defendant is to remain outside the United States, pursuant to 18 U.S.C., Section 3583(d). If not deported, within 72 hours of release from custody of the Bureau of Prisons or Immigration authorities, the defendant shall report in person to the Probation Office in the district to which the defendant is released and abide by their instructions.**

> *For offenses committed on or after September 13, 1994:*   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( )   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

( )   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)

( )   The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

(X)   **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the <u>attached page</u> (if applicable).**

---

**See Page 4 for the**
**"STANDARD CONDITIONS OF SUPERVISION"**

---

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **ELISEO GOMEZ-MADRIGAL**
Case Number: **1:05-CR-00033-WS**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement    agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **ELISEO GOMEZ-MADRIGAL**
Case Number: **1:05-CR-00033-WS**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | **$100.00** | | |

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )   The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| **TOTALS:** | $ | $ | |

( )   If applicable, restitution amount ordered pursuant to plea agreement.  $

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ( )   The interest requirement is waived for the ( ) fine and/or   ( ) restitution.

    ( )   The interest requirement for the ( ) fine and/or   ( ) restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: **ELISEO GOMEZ-MADRIGAL**
Case Number: **1:05-CR-00033-WS**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

- **A**  (X) Lump sum payment of $ __100.00__ due immediately, balance due
  ( ) not later than _____ , or ( ) in accordance with ( ) C, ( ) D, ( ) E or ( ) F below; or

- **B**  ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, ( ) E or ( ) F below); or

- **C**  ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

- **D**  ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

- **E**  ( ) Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to ay at that time; or

- **F**  ( ) Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

- ( )  **Joint** and Several:
- ( )  The defendant shall pay the cost of prosecution.
- ( )  The defendant shall pay the following court cost(s):
- ( )  The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.**



SPC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAN ⋮ 2005

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 05-00033-WS |
| v. | * | USAO NO: 05R00039 |
| | * | |
| ELISEO GOMEZ-MADRIGAL | * | VIOLATION: |
| | * | 8 USC § 1326(a) & (b) |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE

On or about January 14, 2005, in the Southern District of Alabama, Southern Division, the defendant,

**ELISEO GOMEZ-MADRIGAL**

an alien who had previously been deported, and unlawfully was found to be voluntarily in the United States at the Shell Chemical LP facility in Mobile County, Alabama, the said defendant having not obtained the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b).

1

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts
Deputy Clerk
Date 8-19-08

A TRUE BILL

*[signature: Arlene Anthony]*

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

*[signature]*

Sean P. Costello
Assistant U.S. Attorney

*[signature]*

Gregory A. Bordenkircher
Assistant U.S. Attorney
Chief, Criminal Division

JANUARY, 2005

INTERPRETER

# U.S. District Court
## Southern District of Alabama (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00033-WS-C-1
### Internal Use Only

Case title: USA v. Gomez-Madrigal  
Magistrate judge case number: 1:05-mj-00017-L

Date Filed: 01/27/2005  
Date Terminated: 07/29/2005

Assigned to: Judge William H. Steele  
Referred to: Magistrate Judge William E. Cassady

Appeals court case number:  
'05-14281-BB'

### Defendant (1)

**Eliseo Gomez-Madrigal**  
*TERMINATED: 07/29/2005*

represented by **William E. Scully, Jr.**  
Post Office Box 962  
Daphne, AL 36526  
251-626-5052  
Fax: 2516265051  
Email: wescully@bellsouth.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

Certified to be a true and correct copy of the original.  
Charles R. Diard, Jr.  
U.S. District Court  
Southern District of Alabama  
By Claira Roberts, Deputy Clerk  
Date 8-19-08

**Pending Counts**

REENTRY OF DEPORTED ALIENS  
(1)

**Disposition**

Defendant is hereby committed to the BOP for a term of 41 months. It is recommended that defendant be incarcerated as close to home as possible. SRT 3 years. Special Condition: defendant is to be delivered to a duly-authorized Immigration official for possible deportation. SA $100.00

**Highest Offense Level (Opening)**  
Felony

**Terminated Counts**

**Disposition**

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 8:1326A.F. Illegally re-enter, and was found in, the United States after deportation. | |

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Richard H. Loftin**<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>(334) 441-5845<br>Fax: 2514415277<br>Email: richard.loftin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sean P. Costello**<br>U.S. Attorneys Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>251-441-5845<br>Email: sean.costello@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | 1 | CRIMINAL COMPLAINT as to Eliseo Gomez-Madrigal (1). (clr, ) [1:05-mj-00017-L] (Entered: 01/18/2005) |
| 01/14/2005 | | Arrest of Eliseo Gomez-Madrigal (clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |
| 01/14/2005 | | Minute Entry for proceedings held before Judge Kristi D. Lee :Initial Appearance as to Eliseo Gomez-Madrigal held on 1/14/2005 (FTR Recording) (clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |
| 01/14/2005 | 2 | (Court only) CJA 23 Financial Affidavit by Eliseo Gomez-Madrigal (clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |
| 01/14/2005 | 3 | MOTION for Detention by USA as to Eliseo Gomez-Madrigal. Referred to Judge Lee(clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |

| 01/14/2005 | 4 | Order on Initial Appearance as to Eliseo Gomez-Madrigal. Preliminary Examination and Detention Hearing set for 1/20/2005 10:30 AM in Courtroom 1A before Magistrate Judge Kristi D. Lee. Signed by Judge Kristi D. Lee on 1/14/05. (clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |
| --- | --- | --- |
| 01/18/2005 | 5 | ORDER OF TEMPORARY DETENTION as to Eliseo Gomez-Madrigal. Detention Hearing set for 1/20/2005 10:30 AM in Courtroom 1A before Magistrate Judge Kristi D. Lee. Signed by Judge Kristi D. Lee on 1/14/05. (clr, ) [1:05-mj-00017-L] (Entered: 01/19/2005) |
| 01/18/2005 | | Attorney update in case as to Eliseo Gomez-Madrigal. Attorney William E. Scully, Jr for Eliseo Gomez-Madrigal added. (mca, ) [1:05-mj-00017-L] (Entered: 01/24/2005) |
| 01/20/2005 | | Minute Entry for proceedings held before Judge Kristi D. Lee :Preliminary examination and detention hearing as to Eliseo Gomez-Madrigal waived as stated on the record on 1/20/2005 (Tape #FTR.) (mca, ) [1:05-mj-00017-L] (Entered: 01/24/2005) |
| 01/20/2005 | 6 | ORDER OF DETENTION PENDING TRIAL as to Eliseo Gomez-Madrigal . Signed by Judge Kristi D. Lee on 1/20/05. (mca, ) [1:05-mj-00017-L] (Entered: 01/24/2005) |
| 01/27/2005 | 7 | INDICTMENT as to Eliseo Gomez-Madrigal (1) count(s) 1 (re-entry of deported alien). (Attachments:, # 1) (cwr, ) (Entered: 01/31/2005) |
| 02/02/2005 | 8 | CJA 20 as to Eliseo Gomez-Madrigal: Appointment of Attorney William E. Scully, Jr . Signed by Judge Kristi D. Lee on 1/25/05. (Attachments:, # 1 CJA 20 worksheet) (mca, ) (Entered: 02/02/2005) |
| 02/03/2005 | | Set/Reset Deadlines/Hearings as to Eliseo Gomez-Madrigal: Change of Plea Hearing set for 2/9/2005 01:30 PM in Courtroom 2A before Judge William H. Steele. (mbp, ) (Entered: 02/03/2005) |
| 02/04/2005 | | Set/Reset Deadlines/Hearings as to Eliseo Gomez-Madrigal: Sentencing set for 2/10/2005 03:15 PM in Courtroom 2A before Judge William H. Steele. (mbp, ) (Entered: 02/04/2005) |
| 02/15/2005 | 9 | NOTICE OF Arraignment as to Eliseo Gomez-Madrigal Arraignment set for Thursday 2/24/2005 02:00 PM in Courtroom 3A before Magistrate Judge William E. Cassady. (cwr, ) (Entered: 02/15/2005) |
| 02/15/2005 | 10 | ORDER to produce Eliseo Gomez-Madrigal to appear on Thursday 2/24/05 at 2:00 for Arraignment . Signed by Judge William E. Cassady on 2/15/05. (cwr, ) (Entered: 02/15/2005) |
| 02/24/2005 | | Minute Entry for proceedings held before Judge William E. Cassady :Arraignment as to Eliseo Gomez-Madrigal (1) Count 1 held on 2/24/2005 (FTR Digital Recording.) (eec, ) (Entered: 02/24/2005) |
| 02/24/2005 | 11 | Order on Arraignment as to Eliseo Gomez-Madrigal (1) Count 1 Jury Selection set for 4/4/2005 08:45AM. Pretrial Motions due by 3/8/2005. Probation Conference set for 3/3/2005 01:00 PM. Pretrial Conference set for 3/8/2005 09:00 AM in Chambers before Magistrate Judge William E. |

| | | |
|---|---|---|
| | | Cassady. Signed by Judge William E. Cassady on 2/24/05. Copies efiled to AUSA, USM, Prob, PT, Deft's counsel (eec, ) (Entered: 02/24/2005) |
| 03/04/2005 | <u>12</u> | Report on Probation Office Conference as to Eliseo Gomez-Madrigal (bkj, ) (Entered: 03/04/2005) |
| 03/08/2005 | <u>13</u> | Order on Pretrial Conference as to Eliseo Gomez-Madrigal. Stipulations: None Deft Conflicts: April 4-15. Govt Conflicts: None. Jury Selection before a Magistrate Judge consent form to be filed not later than 3/31/05. Jury Selection set for 4/4/2005 08:45 AM . Signed by Judge William E. Cassady on 3/8/05.Copies to parties 3/9/05 (mbp, ) (Entered: 03/09/2005) |
| 03/08/2005 | | Minute Entry for proceedings held before Judge William E. Cassady :Pretrial Conference as to Eliseo Gomez-Madrigal held on 3/8/2005 (eec, ) (Entered: 04/05/2005) |
| 03/09/2005 | <u>14</u> | MOTION for Extension of Time to File *Motion in Limine* by Eliseo Gomez-Madrigal. (Attachments: # <u>1</u> Text of Motion in Limine# <u>2</u> Exhibit to Motion in Limine)(Scully, William) (Entered: 03/09/2005) |
| 03/10/2005 | | REFERRAL OF <u>14</u> MOTION for Extension of Time to File *Motion in Limine* as to Eliseo Gomez-Madrigal to Judge Cassady (mbp, ) (Entered: 03/10/2005) |
| 03/10/2005 | <u>15</u> | ORDER granting <u>14</u> Motion for Extension of Time to File a Motion Out of Time as to Eliseo Gomez-Madrigal. Defendant may file a motion in limine one day late. Signed by Judge William E. Cassady on 3/10/05. (tgw) (Entered: 03/10/2005) |
| 03/21/2005 | <u>16</u> | ORDER as to Eliseo Gomez-Madrigal Change of Plea Hearing set for 3/24/2005 10:00 AM in Courtroom 2A before Judge William H. Steele. Signed by Judge William H. Steele on 3/21/05.Copies to parties 3/21/05 (mbp, ) (Entered: 03/21/2005) |
| 03/23/2005 | <u>17</u> | ORDER as to Eliseo Gomez-Madrigal Change of Plea Hearing reset for 3/29/2005 01:30 PM in Courtroom 2A before Judge William H. Steele. Signed by Judge William H. Steele on 3/23/05.Copies to parties 3/23/05 (mbp, ) (Entered: 03/23/2005) |
| 03/29/2005 | | Minute Entry for proceedings held before Judge William H. Steele :Change of Plea Hearing as to Eliseo Gomez-Madrigal held on 3/29/2005 (Court Reporter Mary Frances Giattina.) (tgw) (Entered: 03/30/2005) |
| 03/31/2005 | <u>18</u> | Order on Guilty Plea entered by Eliseo Gomez-Madrigal (1) Guilty Count 1. Court Reporter Mary Frances Giattina Sentencing set for 7/22/2005 09:00 AM in Courtroom 2A before Judge William H. Steele. Presentence Investigation Report due 6/17/2005. Position with Respect to Sentencing Factors due 7/8/2005. Signed by Judge William H. Steele on 3/29/05. (mjn, ) (Entered: 03/31/2005) |
| 03/31/2005 | <u>19</u> | MOTION for Interpreter *Expenditures* by Eliseo Gomez-Madrigal. (Scully, William) (Entered: 03/31/2005) |

| | | |
|---|---|---|
| 03/31/2005 | | REFERRAL OF <u>19</u> MOTION for Interpreter *Expenditures* as to Eliseo Gomez-Madrigal to Judge Steele (tgw, ) (Entered: 03/31/2005) |
| 03/31/2005 | 20 | ENDORSED ORDER granting <u>19</u> Motion for Interpreter as to Eliseo Gomez-Madrigal (1). Signed by Judge William H. Steele on 3/31/05. (Steele, William) (Entered: 03/31/2005) |
| 04/15/2005 | <u>21</u> | *SEALED* CJA 21 as to Eliseo Gomez-Madrigal: Appointment of Maria Papp as Expert . Signed by Judge William H. Steele on 4/15/05. (srr, ) (Entered: 04/15/2005) |
| 06/15/2005 | <u>22</u> | (Court only) Criminal Fine Improvments Sheet as to Eliseo Gomez-Madrigal (bpf) (Entered: 06/15/2005) |
| 06/16/2005 | <u>23</u> | POSITION regarding sentencing factors filed by USA as to Eliseo Gomez-Madrigal without objections (Costello, Sean) (Entered: 06/16/2005) |
| 06/16/2005 | 24 | Position re: Sentencing Factors <u>23</u> filed by USA, endorsed NOTED. (Steele, William) (Entered: 06/16/2005) |
| 07/15/2005 | <u>25</u> | *SEALED* PRESENTENCE INVESTIGATION REPORT and Sentencing Recommendation as to Eliseo Gomez-Madrigal. (Attachments:, # <u>1</u> Addendum, # <u>2</u> Recommendation)(bpf) (Entered: 07/15/2005) |
| 07/21/2005 | <u>26</u> | MOTION for Leave to File *Position of Defendant Regarding Sentencing Factors* by Eliseo Gomez-Madrigal. (Attachments: # <u>1</u>)(Scully, William) (Entered: 07/21/2005) |
| 07/21/2005 | | REFERRAL OF <u>26</u> MOTION for Leave to File *Position of Defendant Regarding Sentencing Factors* as to Eliseo Gomez-Madrigal to Judge Steele (mbp, ) (Entered: 07/21/2005) |
| 07/22/2005 | 27 | ENDORSED ORDER granting <u>26</u> Motion for Leave to File Position Statement Out of Time as to Eliseo Gomez-Madrigal. The Clerk is directed to docket the Position Statement as a separate document and to show that the issues raised therein were ruled on during the Sentencing Hearing on 7/22/05. Signed by Judge William H. Steele on 7/22/05. (Steele, William) (Entered: 07/22/2005) |
| 07/22/2005 | | Minute Entry for proceedings held before Judge William H. Steele :Sentencing held on 7/22/2005 for Eliseo Gomez-Madrigal Count(s) 1, Defendant is hereby committed to the BOP for a term of 41 months. It is recommended that defendant be incarcerated as close to home as possible. SRT 3 years. Special Condition: defendant is to be delivered to a duly-authorized Immigration official for possible deportation. SA $100.00. Defendant's Exhibits 1, 2 and 3 were admitted and are on the correspondence side of the file. (Court Reporter Mary Frances Giattina.) (mbp, ) (Entered: 07/22/2005) |
| 07/29/2005 | <u>28</u> | NOTICE OF APPEAL as to Eliseo Gomez-Madrigal re: <u>29</u> Judgment, filed on 7/29/05 (CJA attorney, Scully, William). Copies to CJA attorney Scully, with appeal packet and CJA 24 forms, Probation, USA and USCA. (Entered: 07/28/2005) |

| | | |
|---|---|---|
| 07/29/2005 | 29 | JUDGMENT as to Eliseo Gomez-Madrigal, Count(s) 1, Defendant is hereby committed to the BOP for a term of 41 months. It is recommended that defendant be incarcerated as close to home as possible. SRT 3 years. Special Condition: defendant is to be delivered to a duly-authorized Immigration official for possible deportation. SA $100.00 . Signed by Judge William H. Steele on 7/27/05.Copies to parties and two certified copies to USM 7/29/05 (mbp, ) (Entered: 07/29/2005) |
| 08/03/2005 | | Transmission of Notice of Appeal and Docket Sheet as to Eliseo Gomez-Madrigal to US Court of Appeals. Related Documents: 29 Judgment. Other Appeals: None. Judge Appealed: William H. Steele. Court Reporter: Mary Frances Giattina. Fee Paid: Not applicable - CJA counsel. Pending COA/IFP: No. (lsw) (Entered: 08/03/2005) |
| 08/08/2005 | 30 | TRANSCRIPT INFORMATION FORM as to Eliseo Gomez-Madrigal filed by CJA attorney William E. Scully, Jr., requesting transcripts for proceedings as follows: 3/29/05 Change of Plea Hearing and 7/22/05 Sentencing Hearing before Judge William H. Steele, Court Reporter Mary Frances Giattina, re 28 Notice of Appeal - Final Judgment. USCA Case Number Unknown. (lsw) (Entered: 08/10/2005) |
| 08/08/2005 | | CJA 24 Request for Transcript as to Eliseo Gomez-Madrigal filed by CJA attorney William E. Scully, Jr., requesting transcripts for proceedings as follows: 3/29/05 Change of Plea and 7/22/05 Sentencing before Judge William H. Steele, Court Reporter Mary Frances Giattina, re 28 Notice of Appeal - Final Judgment, USCA Case Number Unknown. Original CJA 24 form forwarded to Judge William H. Steele. (lsw) (Entered: 08/10/2005) |
| 08/10/2005 | | CJA 24 as to Eliseo Gomez-Madrigal: Authorization signed by Judge William H. Steele. Original form forwarded to Mary Frances Giattina, Court Reporter, to prepare the 3/29/05 Change of Plea and 7/22/05 Sentencing transcripts. E-mail to Mrs. Giattina re CJA 24 form being placed in her box this date. (lsw) (Entered: 08/10/2005) |
| 08/11/2005 | 31 | Transcript Acknowledgment filed by Court Reporter Mary Frances Giattina, re: 28 Notice of Appeal - Final Judgment for proceedings as follows: 03/29/2005 Change of Plea and 7/22/05 Sentencing before Judge William H. Steele, USCA Case Number Unknown. Transcripts due by 9/9/2005. (lsw) (Entered: 08/11/2005) |
| 08/11/2005 | | USCA Case Number 05-14281-B as to Eliseo Gomez-Madrigal re: 28 Notice of Appeal - Final Judgment. (lsw) (Entered: 08/11/2005) |
| 08/16/2005 | 32 | NOTICE OF ATTORNEY APPEARANCE Richard H. Loftin appearing for USA. (Loftin, Richard) (Entered: 08/16/2005) |
| 09/29/2005 | 33 | TRANSCRIPT filed as to Eliseo Gomez-Madrigal for dates of 3/29/05 Guilty Plea before Judge William H. Steele, re 28 Notice of Appeal - Final Judgment. Court Reporter: Mary Frances Giattina. USCA Case Number 05-14281-B. Notice of Transcript Redaction to be filed by 10/6/2005. Statement of Transcript Redaction to be filed with Court Reporter by 10/20/2005. (Attachments: # 1 Pilot Project Notice)(lsw) (Entered: |

| | | |
|---|---|---|
| | | 10/03/2005) |
| 09/29/2005 | 34 | TRANSCRIPT filed as to Eliseo Gomez-Madrigal for dates of 7/22/05 Sentencing before Judge William H. Steele, re 28 Notice of Appeal - Final Judgment Court Reporter: Mary Frances Giattina. USCA Case Number 05-14281-B. Certificate of Readiness due by 10/13/2005. Notice of Transcript Redaction to be filed by 10/6/2005. Statement of Transcript Redaction to be filed with Court Reporter by 10/20/2005. (Attachments: # 1 Pilot Project Notice)(lsw) (Entered: 10/03/2005) |
| 10/05/2005 | 35 | CJA 24 as to Eliseo Gomez-Madrigal: Authorization signed by Judge William H. Steele to Pay Mary Frances Giattina $184.80 for the 3/29/05 Change of Plea and 7/22/05 Sentencing Transcripts, Voucher # 051005000075. (lsw) (Entered: 10/05/2005) |
| 10/12/2005 | 36 | CERTIFICATE OF READINESS as to Eliseo Gomez-Madrigal transmitted to 11th Circuit re: 28 Notice of Appeal - Final Judgment. ROA consists of 2 volumes of pleadings (volume 2 is SEALED), 2 volumes of transcripts, and 1 SEALED folder of exhibits. Copies to attorney William E. Scully, Jr., and USA attorney Richard H. Loftin. USCA Case Number 05-14281-BB. (lsw) (Entered: 10/12/2005) |
| 10/19/2005 | | (Court only) Terminate Deadlines and Hearings as to Eliseo Gomez-Madrigal: Notice of Redaction ddl of 10/6/05 TERMINATED. (lsw) (Entered: 10/19/2005) |
| 11/09/2005 | | (Court only) Terminate Deadlines and Hearings as to Eliseo Gomez-Madrigal: Statement of Redaction ddl of 10/20/05 TERMINATED. (lsw) (Entered: 11/09/2005) |
| 12/21/2005 | | Certified and Transmitted Record on Appeal as to Eliseo Gomez-Madrigal to US Court of Appeals re 28 Notice of Appeal - Final Judgment, consisting of 4 volumes of pleadings (volume 2 is SEALED) and 1 SEALED folder of exhibits. USCA Case Number 05-14281-BB. (lsw) (Entered: 12/21/2005) |
| 04/19/2006 | 37 | MANDATE of USCA (certified copy) (Do Not Publish) issued 4/18/06 as to Eliseo Gomez-Madrigal re 28 Notice of Appeal - Final Judgment. The District Court's error was not plain, nor did it negatively affect apellant's substantial rights, as set out. AFFIRMED, as further set out. USCA case number 05-14281-BB. (lsw) (Entered: 04/19/2006) |
| 04/19/2006 | | Appeal Record Returned as to Eliseo Gomez-Madrigal re: 28 Notice of Appeal - Final Judgment, consisting of 2 volumes of pleadings (volume 2 is SEALED), 2 volumes of transcripts, and 1 SEALED folder of exhibits. USCA Case Number 05-14281-BB. (lsw) (Entered: 04/19/2006) |
| 07/31/2008 | 38 | *SEALED* Petition/Order filed by Probation for Warrant as to Eliseo Gomez-Madrigal. Signed by Judge William H. Steele on 7/29/08. (cwr) (Entered: 07/31/2008) |
| 07/31/2008 | 39 | *SEALED* Probation Warrant Issued in case as to Eliseo Gomez-Madrigal and given to USM for service. Eliseo Gomez-Madrigal (1) (cwr) (Entered: 07/31/2008) |

| 08/19/2008 | 40 | Probation Jurisdiction Transferred to Southern District of California - San Diego as to Eliseo Gomez-Madrigal Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr) (Entered: 08/19/2008) |